# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

**1:15-cv-03904-ELR-CCB    SEC v. Torchia et al**
**1:16-cv-4767-ELR-CCB    Hill v. Duscio**
**1:16-cv-4770-ELR-CCB    Hill v. Guess et al**
**1:17-cv-3903-ELR-CCB    SEC vs. Celello**

## Honorable Christopher C. Bly

Minute Sheet for proceedings held In Open Court on 10/04/2019.

TIME COURT COMMENCED: 9:30 A.M.
TIME COURT CONCLUDED: 11:15 A.M.        COURT REPORTER: Andy Ashley
TIME IN COURT: 1:45                     DEPUTY CLERK: James Jarvis
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Lee Berman appearing Pro Se<br><br>Colin Delaney and  **Jacqueline King representing Caja Paraguaya de Jubilaciones y Pensiones del Personal de Itaipu Binacional<br><br>William Leonard representing the receiver, Al B. Hill<br>Joshua Mayes and Kristin Murnaham representing Securities And Exchange Commission<br><br>Justin O'Dell representing multiple investors<br><br>Thomas Todd representing Marc Celello |
| PROCEEDING CATEGORY: | Status Conference |
| MINUTE TEXT: | The Court held a status conference. The Court **GRANTED** Justin O'Dell's motions to withdraw as counsel for Antonio Duscio, (Doc. 683 in case 1:15-cv-3904 and Doc. 86 in case 1:16-cv-4767). Counsel for Paraguaya De Jubilaciones Y Pensiones Del Personal De Itaipu Binational and counsel for the receiver shall submit a proposed order regarding the pending motion to order the receiver to hold funds payable to Stephanie Segarra, (Doc. 665 in case 1:15-cv-3904). Counsel for the receiver in case 1:15-cv-3904, William Leonard, shall file a supplemental brief by October 14, 2019 regarding Mr. Berman's claim, and the claimant, Lee Berman, shall file his response by October 28, 2019. |